THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 William
 Neuhaus, Appellant.
 
 
 

Appeal From Aiken County
 Doyet A. Early, III, Circuit Court Judge

Unpublished Opinion No.  2008-UP-527
 Submitted September 2, 2008  Filed
September 11, 2008

APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, South Carolina Commission
 on Indigent Defense, of Columbia, for Appellant.
 J. Benjamin Aplin, S.C. Dept. of Probation Parole & Pardon, of
 Columbia, for Respondent.
 
 
 

 
PER CURIAM: William
 Neuhaus appeals the revocation of his probation.  Neubaus argues the probation
 judge abused his discretion by revoking Neuhauss probation because the judge
 ignored Neuhauss justifiable explanations for his violations.  Pursuant to Anders
 v. California, 386 U.S. 738 (1967), Neuhauss counsel attached a petition
 to be relieved, stating she reviewed the record and concluded this appeal lacks
 merit.  After a thorough
 review of the record and counsels brief pursuant
 to Anders v. California, 386 U.S. 738 (1967), and State v. Williams,
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Neuhauss appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
ANDERSON, WILLIAMS, and KONDUROS, JJ.,
concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.